# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORCINE CONCRETE AND CONSTRUCTION CO., <br><br> Plaintiff, <br><br> v. <br><br> MS PARK CONSTRUCTION LLC, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 3:23-CV-2024 <br><br> (LATELLA, M.J.) |

## ORDER

NOW, this 8th day of October, 2025, IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file a sur-reply to Defendant's reply brief, not to exceed five (5) pages, within ten (10) days of the date of this Order.

/s/ Leo A. Latella
LEO A. LATELLA
United States Magistrate Judge