# EXHIBIT H

**Katharine Fina**

---

**From:** George Muraviev <g.muraviev@pnk.group>
**Sent:** Thursday, December 15, 2022 3:38 AM
**To:** nball@forcineconcrete.com
**Cc:** Alex Rozengaus; Roman Sereda
**Subject:** Re: Notice of claim for the crack
**Attachments:** WhatsApp Image 2022-12-15 at 09.16.50.jpeg; WhatsApp Video 2022-12-15 at 09.16.51.mp4

Hello,

In addition - new defects discovered. Attached.
Research demands Forcine remove it immediately with Ductilcrete experts participation.

Best regards,
George Muraviev

+1 (404) 259 81 36 | pnk.group

On Thu, Dec 15, 2022 at 12:56 AM George Muraviev <g.muraviev@pnk.group> wrote:

> Hello,
>
> Please see attached.
>
> Best regards,
> George Muraviev
>
> +1 (404) 259 81 36 | pnk.group

