# EXHIBIT 40

. -

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00609888 DRE 802 219 30523 NNNNNNNNNNN 1 000000000 64 0000
MS PARK CONSTRUCTION LLC
17 STATE ST STE 3930
NEW YORK NY 10004-1553

00609888040100000024

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$254,771.07** |
| Deposits and Additions | 40 | 9,923,795.02 |
| Electronic Withdrawals | 127 | -10,127,418.25 |
| **Ending Balance** | **167** | **$51,147.84** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Online Transfer From Chk ...5915 Transaction#: 18610517743 | $300,000.00 |
| 10/02 | Online Transfer From Chk ...9586 Transaction#: 18610458385 | 70,200.00 |
| 10/02 | Online Transfer From Chk ...9586 Transaction#: 18610616069 | 21,446.00 |
| 10/04 | Online Transfer From Chk ...5008 Transaction#: 18631480537 | 193,573.00 |
| 10/05 | Online Transfer From Chk ...5915 Transaction#: 18640108695 | 600,000.00 |
| 10/05 | Online Transfer From Chk ...9578 Transaction#: 18637780864 | 393,970.54 |
| 10/05 | Online Transfer From Chk ...6963 Transaction#: 18639660749 | 99,774.00 |
| 10/05 | Online Transfer From Chk ...5008 Transaction#: 18639829922 | 66,603.00 |
| 10/05 | Online Transfer From Chk ...3995 Transaction#: 18637665384 | 13,849.10 |
| 10/06 | Book Transfer Credit B/O: MS Park Construction LLC New York NY 10004-1553 US Ref: Pay App 13 Pnk Allenwood 4 Trn: 3545683279Es | 5,255.14 |
| 10/06 | Online Transfer From Chk ...5008 Transaction#: 18651582548 | 301,812.00 |
| 10/06 | Online Transfer From Chk ...9586 Transaction#: 18654342103 | 97,760.00 |
| 10/10 | Online Transfer From Chk ...5008 Transaction#: 18681381668 | 243,271.22 |
| 10/10 | Online Transfer From Chk ...5008 Transaction#: 18683073700 | 8,460.26 |
| 10/11 | Online Transfer From Chk ...6963 Transaction#: 18688331137 | 106,943.13 |
| 10/12 | Online Transfer From Chk ...5915 Transaction#: 18699581535 | 300,000.00 |
| 10/13 | Online Transfer From Chk ...9578 Transaction#: 18713061204 | 286,398.21 |
| 10/13 | Online Transfer From Chk ...6955 Transaction#: 18712556417 | 250,571.31 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/13 | Online Transfer From Chk ...3995 Transaction#: 18715605088 | 73,665.98 |
| 10/13 | Online Transfer From Chk ...5008 Transaction#: 18710881100 | 34,424.00 |
| 10/13 | Orig CO Name:United Healthcar Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX Trace#:043000261663429 Eed:231013 Ind ID:467019716515 Ind Name:0007MS Park Construc Trn: 2861663429Tc | 3,456.90 |
| 10/17 | Online Transfer From Chk ...6963 Transaction#: 18746546353 | 261,582.50 |
| 10/17 | Online Transfer From Chk ...9586 Transaction#: 18746611217 | 29,557.23 |
| 10/18 | Online Transfer From Chk ...5915 Transaction#: 18754852008 | 500,000.00 |
| 10/18 | Online Transfer From Chk ...5008 Transaction#: 18754200850 | 83,552.50 |
| 10/19 | Online Transfer From Chk ...9578 Transaction#: 18764728490 | 3,500,361.67 |
| 10/19 | Online Transfer From Chk ...6963 Transaction#: 18765244823 | 106,091.00 |
| 10/19 | Online Transfer From Chk ...5008 Transaction#: 18765516153 | 69,707.00 |
| 10/20 | Online Transfer From Chk ...9578 Transaction#: 18777661651 | 556,891.36 |
| 10/20 | Online Transfer From Chk ...6963 Transaction#: 18772611953 | 99,276.10 |
| 10/24 | Online Transfer From Chk ...9578 Transaction#: 18806631964 | 135,222.12 |
| 10/24 | Online Transfer From Chk ...6963 Transaction#: 18807469445 | 42,034.40 |
| 10/25 | Book Transfer Credit B/O: Pnk NC1 LLC New York NY 10004-1553 US Ref: Pay App 8 Pnk Highpoint Project Trn: 3432223298Es | 13,659.41 |
| 10/25 | Online Transfer From Chk ...5915 Transaction#: 18814618839 | 300,000.00 |
| 10/25 | Online Transfer From Chk ...5008 Transaction#: 18817265190 | 44,260.00 |
| 10/27 | Online Transfer From Chk ...6963 Transaction#: 18838294191 | 274,959.42 |
| 10/27 | Online Transfer From Chk ...9578 Transaction#: 18838041624 | 218,157.91 |
| 10/27 | Online Transfer From Chk ...9578 Transaction#: 18838007389 | 174,497.16 |
| 10/27 | Online Transfer From Chk ...6955 Transaction#: 18838471096 | 16,454.48 |
| 10/30 | Online Transfer From Chk ...3995 Transaction#: 18860898281 | 26,096.97 |
| **Total Deposits and Additions** | | **$9,923,795.02** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | 10/02 Online Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Central Builders Supply Company Sunbury PA 17801 US Ref: Invoice 09282023 Imad: 1002B1Qgc04C005073 Trn: 3375913275Es | $220,491.46 |
| 10/02 | 10/02 Online Transfer To Chk ...3201 Transaction#: 18611700721 | 21,446.00 |
| 10/03 | [redacted] | 3,767.77 |
| 10/03 | 10/03 Online Transfer To Chk ...3195 Transaction#: 18616988337 | 70,196.29 |
| 10/03 | [redacted] | 4,911.99 |
| 10/05 | 10/05 Online Transfer To Chk ...7088 Transaction#: 18637007752 | 193,572.56 |
| 10/05 | [redacted] | 6,200.00 |
| 10/05 | 10/05 Online Domestic Wire Transfer Via: The First Bank/065303360 A/C: Landscape Depot Inc Fayetteville GA 30214 US Ref: Invoice Number: 23-94985/Time/10:59 Imad: 1005B1Qgc05C009436 Trn: 3255143278Es | 3,349.10 |
| 10/05 | 10/05 Online Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Central Builders Supply Company Sunbury PA 17801 US Ref: Invoice 10042023 Imad: 1005B1Qgc07C007450 Trn: 3267093278Es | 228,916.40 |
| 10/05 | [redacted] | 4,300.00 |
| 10/05 | 10/05 Online Transfer To Chk ...5122 Transaction#: 18639939352 | 188,494.00 |
| 10/05 | 10/05 Online Transfer To Chk ...3201 Transaction#: 18640035414 | 99,774.00 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | 10/05 Online Transfer To Chk ...7518 Transaction#: 18640053843 | 66,602.00 |
| 10/05 | 10/05 Online Transfer To Chk ...5332 Transaction#: 18640177482 | 516,100.00 |
| 10/06 | [redacted] | 1,781.64 |
| 10/06 | 10/06 Online Domestic Wire Transfer Via: Pncbank Phil/031000053 A/C: Aba/031312738 Camp Hill PA 17011 US Ben: Centre Concrete Northeast LLC Pittston PA 18640 US Ref: Quote ID: Customer ID: Mspa7646 Imad: 1006B1Qgc02C005498 Trn: 3222593279Es | 159,518.00 |
| 10/06 | [redacted] | 1,254.50 |
| 10/06 | [redacted] | 2,500.00 |
| 10/06 | 10/06 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Topcon Solutions Inc Warrendale PA 150867525 US Ref: Sales Order: So235225 Est881876 Cust:61764 Imad: 1006B1Qgc01C007488 Trn: 3240423279Es | 61,498.05 |
| 10/06 | [redacted] | 5,000.00 |
| 10/06 | 10/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America New York NY US Ben: Sereda Inc Brooklyn NY 11235 US Ref: Invoice 27 Ssn: 0350877 Trn: 3253533279Es | 20,000.00 |
| 10/06 | [redacted] | 1,891.47 |
| 10/06 | [redacted] | 27,750.00 |
| 10/06 | [redacted] | 2,449.69 |
| 10/06 | [redacted] | 825.79 |
| 10/06 | 10/06 Online Domestic Wire Transfer Via: Santander Bk/231372691 A/C: United Accounting Services Corp Brooklyn NY 11235 US Ref: Invoice 10123, 10122 Imad: 1006B1Qgc05C005999 Trn: 3263213279Es | 2,000.00 |
| 10/06 | [redacted] | 15,000.00 |
| 10/06 | 10/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America New York NY US Ben: Sereda Inc Brooklyn NY 11235 US Ref: Invoice 26 Ssn: 0359808 Trn: 3269273279Es | 5,812.00 |
| 10/06 | [redacted] | 2,100.00 |
| 10/06 | [redacted] | 1,803.40 |
| 10/06 | 10/06 Online Transfer To Chk ...7088 Transaction#: 18652609473 | 301,811.57 |
| 10/10 | 10/07 Online Transfer To Chk ...3195 Transaction#: 18659820324 | 97,759.80 |
| 10/10 | 10/10 Online Transfer To Chk ...7088 Transaction#: 18681457987 | 243,271.22 |
| 10/10 | 10/10 Online Transfer To Chk ...7088 Transaction#: 18683099486 | 8,460.26 |
| 10/11 | 10/11 Online Transfer To Chk ...3195 Transaction#: 18688657019 | 106,943.13 |
| 10/12 | 10/12 Online Transfer To Chk ...5122 Transaction#: 18699630351 | 10,704.00 |
| 10/12 | [redacted] | 184.15 |
| 10/12 | [redacted] | 22,000.00 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | [redacted] | 447.40 |
| 10/12 | [redacted] | 1,240.00 |
| 10/12 | [redacted] | 2,000.00 |
| 10/12 | [redacted] | 11,000.00 |
| 10/12 | [redacted] | 3,722.11 |
| 10/12 | [redacted] | 10,000.00 |
| 10/12 | [redacted] | 13,076.64 |
| 10/12 | [redacted] | 20,857.11 |
| 10/12 | [redacted] | 1,564.48 |
| 10/12 | [redacted] | 11,706.21 |
| 10/12 | [redacted] | 5,300.00 |
| 10/13 | 10/13 Online Domestic Wire Transfer Via: Mid Pen Millersbg/031308807 A/C: Lee And Associates Mechanicsburg PA 17055 US Ref: Invoice: 5286/Bnf/Wire For: Lee & Associates of Eastern Pennsylvania L Lc Imad: 1013B1Qgc04C008674 Trn: 3412253286Es | 18,512.00 |
| 10/13 | [redacted] | 13,920.00 |
| 10/13 | [redacted] | 369.94 |
| 10/13 | [redacted] | 953.18 |
| 10/13 | 10/13 Online International Wire Transfer Via: The Bank of New York Mellon/0001 A/C: Raiffeisenbank Jugoslavija A.D. 11070 Novi Beograd Serbia Ben: Vmmd Proces Metal Doo Beograd Rs Ref: Advance Invoice Num: 1 Invoice Payment Ssn: 0533284 Trn: 3574123286Es | 54,878.79 |
| 10/13 | 10/13 Online Transfer To Chk ...7088 Transaction#: 18715263217 | 34,423.63 |
| 10/13 | [redacted] | 1,157.89 |
| 10/13 | [redacted] | 1,564.00 |
| 10/16 | 10/16 Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Horn Williamson LLC Philadelphia PA 19102 US Ref: Date: 09/20/2023 Our File No.: 02758-0001 Our File No.: 02758-0002 Cnw Imad: 1016Mmqfmp2N010236 Trn: 3258883289Es | 38,201.37 |
| 10/16 | 10/16 Online Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Central Builders Supply Company Sunbury PA 17801 US Ref: Invoice 10122023 Imad: 1016Mmqfmp2M010306 Trn: 3262403289Es | 229,537.80 |
| 10/17 | 10/17 Online Domestic Wire Transfer Via: Regions Bk/062005690 A/C: Www Compufire US Inc Seminole FL 33776 US Ref: Invoice 230276/Time/11:26 Imad: 1017Mmqfmp2K013490 Trn: 3238133290Es | 242,482.50 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | 10/17 Online Transfer To Chk ...3195 Transaction#: 18746785106 | 29,557.23 |
| 10/17 | 10/17 Online Transfer To Chk ...3195 Transaction#: 18746780672 | 261,582.50 |
| 10/17 | 10/17 Online Domestic Wire Transfer Via: Fnb of PA/043318092 A/C: Patton Hazleton LLC Milton PA 17847 US Ref: Customer ID: Mspark--Invoice No: 213 Imad: 1017Mmqfmp2M013697 Trn: 3244433290Es | 212,000.00 |
| 10/18 | 10/18 Online Transfer To Chk ...7088 Transaction#: 18754350724 | 83,552.50 |
| 10/18 | [redacted] | 2,721.77 |
| 10/18 | [redacted] | 259.35 |
| 10/18 | [redacted] | 8,674.19 |
| 10/18 | [redacted] | 4,085.75 |
| 10/18 | [redacted] | 915.00 |
| 10/19 | 10/19 Online International Wire Transfer Via: The Bank of New York Mellon/0001 A/C: Raiffeisenbank Jugoslavija A.D. 11070 Novi Beograd Serbia Ben: Vmmd Proces Metal Doo Beograd Rs Ref: Advance Invoice Num.1 Invoice Payment Ssn: 0403094 Trn: 3258443292Es | 67,175.83 |
| 10/19 | 10/19 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: S3N Consulting Corp North Miami Beach FL 33160 US Ref: Invoice No 101623A/Time/12:08 Imad: 1019Mmqfmp2L017108 Trn: 3263133292Es | 155,700.00 |
| 10/19 | 10/19 Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Central Builders Supply Company Ref: Invoice 10182023 Imad: 1019Mmqfmp2N020501 Trn: 3346703292Es | 284,987.40 |
| 10/19 | 10/19 Online Transfer To Chk ...5122 Transaction#: 18765173941 | 186,143.00 |
| 10/19 | 10/19 Domestic Wire Transfer Via: Bmo Bank NA/071000288 A/C: Canam Steel Corporation Ref: Customer Number P00423Invoice Number 1221867, 1222113/Time/14:03 Imad: 1019Mmqfmp2M021140 Trn: 3344823292Es | 3,156,067.00 |
| 10/19 | 10/19 Online Transfer To Chk ...3201 Transaction#: 18765581782 | 106,091.00 |
| 10/19 | 10/19 Online Transfer To Chk ...7518 Transaction#: 18765594579 | 69,707.00 |
| 10/19 | 10/19 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Cleveland Brothers Cat Murrysville PA 15668 US Ref: Customer No: 0163838 Imad: 1019Mmqfmp2N023247 Trn: 3408703292Es | 498.10 |
| 10/19 | [redacted] | 7,700.00 |
| 10/19 | [redacted] | 462.27 |
| 10/20 | 10/20 Online Transfer To Chk ...3195 Transaction#: 18772815043 | 99,276.10 |
| 10/20 | 10/20 Online Domestic Wire Transfer Via: Truist Bank/031309123 A/C: Wolks Landscaping Sugarloaf PA 18249 US Ref: Invoice: 2022-80,2022-81,2022-79 Imad: 1020Mmqfmp2M013479 Trn: 3236523293Es | 58,845.00 |
| 10/20 | [redacted] | 3,768.26 |
| 10/20 | [redacted] | 1,008.17 |
| 10/20 | [redacted] | 7,143.43 |
| 10/20 | [redacted] | 33,312.49 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 10/20 | [redacted] | 14,725.00 |
| 10/20 | [redacted] | 35,550.00 |
| 10/20 | [redacted] | 26,568.00 |
| 10/23 | 10/23 Online Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Liberty Excavators Inc Camp Hill PA 17011 US Ref: Invoice 74723 Imad: 1023Mmqfmp2K014486 Trn: 3296613296Es | 438,494.27 |
| 10/24 | [redacted] | 29,063.39 |
| 10/24 | [redacted] | 42,609.98 |
| 10/24 | [redacted] | 22,100.00 |
| 10/24 | [redacted] | 6,033.97 |
| 10/24 | [redacted] | 1,000.00 |
| 10/24 | [redacted] | 18,886.25 |
| 10/24 | [redacted] | 4,592.14 |
| 10/24 | [redacted] | 42,034.40 |
| 10/24 | [redacted] | 10,936.39 |
| 10/25 | [redacted] | 200.00 |
| 10/25 | [redacted] | 4,672.69 |
| 10/25 | 10/25 Online Domestic Wire Transfer Via: US Bank Minnesota/091000022 A/C: Ziegler Inc Minneapolis PA 554204236 US Ref: MS Park Construction LLC C018857/Bnf/Invoice To: Ziegler Rental Andcat D Exchange Services As Qi/Time/12:5 2 Imad: 1025Mmqfmp2L018570 Trn: 3236293298Es | 200,625.00 |
| 10/25 | 10/25 Online Domestic Wire Transfer Via: Mid Pen Millersbg/031308807 A/C: Bortek Industries Inc Mechanichsburg PA 17055 US Ref: Item Number: Pbpb45Lp, Serial : 23Pb1646 Imad: 1025Mmqfmp2N018716 Trn: 3241953298Es | 74,330.46 |
| 10/25 | [redacted] | 1,750.00 |
| 10/25 | [redacted] | 3,298.09 |
| 10/25 | [redacted] | 13,659.41 |
| 10/26 | 10/26 Online Transfer To Chk ...7088 Transaction#: 18824723262 | 44,259.72 |

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | 10/27 Online Domestic Wire Transfer Via: Mauch Chunk Trust/031307701 A/C: United Inspection Service Jim Thorpe PA 11229 US Ref: Invoice 25011,25010 Imad: 1027Mmqfmp2M028351 Trn: 3566363300Es | 32,456.64 |
| 10/27 | 10/27 Online Domestic Wire Transfer Via: Fulton Bank N.A./031301422 A/C: Central Builders Supply Company Sunbury PA 17801 US Ref: Invoice 10252023 Imad: 1027Mmqfmp2M028650 Trn: 3573653300Es | 187,907.60 |
| 10/27 | [redacted] | 2,208.79 |
| 10/27 | 10/27 Online Domestic Wire Transfer Via: Mfrs Buf/022000046 A/C: Glen O Hawbaker Inc State College PA 16803 US Ref: Cust 13268 Imad: 1027Mmqfmp2L029421 Trn: 3584483300Es | 140,033.94 |
| 10/27 | [redacted] | 14,448.89 |
| 10/27 | [redacted] | 14,850.00 |
| 10/27 | [redacted] | 16,454.48 |
| 10/30 | [redacted] | 24,950.75 |
| 10/30 | [redacted] | 296.22 |
| 10/30 | [redacted] | 850.00 |
| 10/30 | [redacted] | 749.21 |
| 10/30 | 10/30 Online Transfer To Chk ...5122 Transaction#: 18863233290 | 100.00 |
| 10/31 | 10/31 Online Transfer To Chk ...3195 Transaction#: 18868633814 | 274,959.42 |
| 10/31 | [redacted] | 337.20 |
| 10/31 | [redacted] | 23,423.86 |
| 10/31 | [redacted] | 7,176.98 |
| 10/31 | [redacted] | 2,449.69 |
| 10/31 | [redacted] | 4,136.79 |
| 10/31 | [redacted] | 10,000.00 |
| 10/31 | [redacted] | 650.00 |
| 10/31 | 10/31 Online Domestic Wire Transfer A/C: Active Design Group Engineering CO Newark NJ 07102-3848 US Ref: Invoice: 22550.00-04 Trn: 3669193304Es | 45,000.00 |
| **Total Electronic Withdrawals** | | **$10,127,418.25** |

16098880404000000064

CHASE

September 30, 2023 through October 31, 2023
Account Number: 000000912793905

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/02 | $404,479.61 | 10/12 | 266,334.27 | 10/23 | 129,298.32 |
| 10/03 | 325,603.56 | 10/13 | 789,071.24 | 10/24 | 129,298.32 |
| 10/04 | 519,176.56 | 10/16 | 521,332.07 | 10/25 | 188,682.08 |
| 10/05 | 386,065.14 | 10/17 | 66,849.57 | 10/26 | 144,422.36 |
| 10/06 | 177,896.17 | 10/18 | 550,193.51 | 10/27 | 420,130.99 |
| 10/10 | 80,136.37 | 10/19 | 191,821.58 | 10/30 | 419,281.78 |
| 10/11 | 80,136.37 | 10/20 | 567,792.59 | 10/31 | 51,147.84 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**